

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-15-00083-CR

John **COLEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10029
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The Appellant's motion for extension of time to file the brief is GRANTED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court